IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TIMOTHY EDWARD PERRY, #T0478**                                **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO.   4:08-cv-25-TSL-JCS**

**JOHNNY CROCKETT, MARGIE DONALD, ELLIS SMOOT,
GENEVA WESTERFIELD, SHARON PAGE, DR. WALKER,
UNKNOWN PITTMAN, KEVIN REID, and OFFICER KING**        **DEFENDANTS**

ORDER

The plaintiff, an inmate currently incarcerated in the Central Mississippi Correctional Facility (CMCF), Pearl, Mississippi, filed this complaint pursuant to 42 U.S.C. § 1983.  The named defendants are:  Johnny Crockett, Warden of the Kemper-Neshoba Regional Correctional Facility;  Margie Donald, Captain at  Kemper-Neshoba Regional Correctional Facility;  Ellis Smoot, Lieutenant at  Kemper-Neshoba Regional Correctional Facility;  Geneva Westerfield, Nurse at Kemper-Neshoba Regional Correctional Facility;  Sharon Page, Captain at CMCF;  Dr. Walker, Medical Doctor at CMCF;  Unknown Pittman, Nurse Practitioner at CMCF;  Kevin Reid, Officer at CMCF;  and Officer King, female Officer at Kemper-Neshoba Regional Correctional Facility.  Upon initial review of the plaintiff's complaint, it is hereby,

ORDERED AND ADJUDGED that the plaintiff within 20 days of the date of this order shall provide this court with the civil action number of every civil action or appeal which the plaintiff has had dismissed on the grounds that it is frivolous, malicious or fails to state a claim upon which relief may be granted.  Plaintiff shall also provide the name of the court and name(s) of defendant(s) in each civil action identified.

IT IS FURTHER ORDERED that the United States District Clerk is hereby directed to issue summons to the defendants:

**JOHNNY CROCKETT**
**Kemper-Neshoba Regional Correctional Facility**
**300 Industrial Park Rd.**
**DeKalb, MS 39328**

**MARGIE DONALD**
**Kemper-Neshoba Regional Correctional Facility**
**300 Industrial Park Rd.**
**DeKalb, MS 39328**

**ELLIS SMOOT**
**Kemper-Neshoba Regional Correctional Facility**
**300 Industrial Park Rd.**
**DeKalb, MS 39328**

**GENEVA WESTERFIELD**
**Kemper-Neshoba Regional Correctional Facility**
**300 Industrial Park Rd.**
**DeKalb, MS 39328**

**SHARON PAGE**
**Central Mississippi Correctional Facility**
**3794 HWY 463**
**Pearl, MS 39288-8850**

**DR. UNKNOWN WALKER**
**Central Mississippi Correctional Facility**
**3794 HWY 463**
**Pearl, MS 39288-8850**

**UNKNOWN PITTMAN**
**Nurse Practitioner at Central Mississippi Correctional Facility**
**3794 HWY 463**
**Pearl, MS 39288-8850**

**KEVIN REID**
**Central Mississippi Correctional Facility**
**3794 HWY 463**
**Pearl, MS 39288-8850**

**UNKNOWN KING**
**Female Officer at  Kemper-Neshoba Regional Correctional Facility**
**300 Industrial Park Rd.**

**DeKalb, MS 39328.**

<u>The defendants are required to file a response to the complaints</u>.  The Clerk is directed to attach a copy of this Order to each complaint that will be served on the named defendants.  The United States Marshal shall serve the same pursuant to 28 U.S.C. § 1915(d).

IT IS FURTHER ORDERED that the defendants file his answer or other responsive pleading in this cause in accordance with the *Federal Rules of Civil Procedure* and the Local Rules of this Court.

IT IS FURTHER ORDERED that subpoenas shall not be issued except by order of the Court.  The United States District Clerk shall not issue subpoenas upon request of the <u>pro se</u> litigant, but shall instead forward the request to the Magistrate Judge assigned to this cause for review.  The plaintiff shall submit all request for the issuance of subpoenas to this office for review.

**The plaintiff should understand that this Order allowing process to issue against the above named defendants does not reflect any opinion of this Court that the claims contained in the complaint will or will not be determined to be meritorious.**

It is the plaintiff's responsibility to prosecute this case.  Plaintiff's failure to advise this Court of a change of address or failure to comply with any Order of this Court will be deemed as a purposeful delay and contumacious act that will result in the dismissal of this case.

THIS the <u>21st</u> day of April, 2008.

                                              s/James C. Sumner
                                              UNITED STATES MAGISTRATE JUDGE