# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**TIMOTHY EDWARD PERRY, #T0478**                                                      **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO. 4:08cv25-LRA**

**JOHNNY CROCKETT, ET AL**                                                    **DEFENDANTS**

## **FINAL JUDGMENT**

Upon due consideration of the Complaint and the sworn testimony given by Plaintiff at the omnibus hearing in this cause, the unopposed ore tenus motion to dismiss by Plaintiff as to Defendants Officer King and Nurse Pittman, the "Motion for Qualified Immunity" filed by Defendants Johnny Crockett, Margie Donald, Geneva Westerfield, and Ellis Smoot, document 41, and for the reasons set forth in that Memorandum Opinion and Order entered by the undersigned on this date;

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice as to these Defendants, and, Final Judgment in favor of Defendants Crockett, Donald, Westerfield, Smoot, King, and Pittman is hereby entered.

SO ORDERED , this the 30th day of July, 2009.

                                       /s/ Linda R. Anderson
                               UNITED STATES MAGISTRATE JUDGE