# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**TIMOTHY EDWARD PERRY, #T0478**            **PLAINTIFF**

**VS.**            **CIVIL ACTION NO. 4:08cv25-LRA**

**JOHNNY CROCKETT, ET AL**            **DEFENDANTS**

## FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony given by Plaintiff at the omnibus hearing in this cause, the medical evidence presented, the Motion to Dismiss filed by Defendant Rochel Thornton-Walker, M.D., and for the reasons set forth in that Memorandum Opinion and Order entered by the undersigned on this date;

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is finally dismissed with prejudice as to all Defendants, and, Final Judgment in favor of Defendants Rochel Thornton-Walker, M.D., Officers Sharon Page, and Officer Kevin Reid, is hereby entered.

SO ORDERED , this the 9th day of April, 2010.


                                           /s/ Linda R. Anderson
                               UNITED STATES MAGISTRATE JUDGE